

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-10-00284-CV

IN THE INTEREST OF J.T. AKA
J.C.E.F.-T., A CHILD

----------

FROM THE 323RD DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant N.F. appeals from the trial court's order terminating her parental rights to her son J.T., also known as J.C.E.F.-T. After a bench trial, the trial court found by clear and convincing evidence that Appellant (1) engaged in conduct or knowingly placed the child with persons who engaged in conduct which endangered the physical or emotional well-being of the child and (2) knowingly placed or knowingly allowed the child to remain in conditions or surroundings

---

[1]*See* Tex. R. App. P. 47.4.

which endangered his physical or emotional well-being.[2] The trial court also found that termination of the parent-child relationship would be in the child's best interest.[3]

Appellant's court-appointed appellate counsel has filed a motion to withdraw and *Anders* brief in support, stating that after diligently reviewing the record, he believes that any appeal by Appellant would be frivolous.[4] Appellant's appointed counsel's brief meets the requirements of *Anders* by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds of error to be advanced on appeal.[5] Although given the opportunity, neither Appellant nor the Texas Department of Family and Protective Services filed a response to the *Anders* brief.

As the reviewing appellate court, we must conduct an independent evaluation of the record to decide whether counsel is correct in determining that Appellant's appeal is frivolous.[6] Having carefully reviewed the record and appellate brief, we agree with Appellant's counsel that her appeal is frivolous and

---

[2] *See* Tex. Fam. Code Ann. § 161.001(1)(D), (E) (Vernon Supp. 2010).

[3] *See id.* § 161.001(2).

[4] *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967).

[5] *See In re D.D.*, 279 S.W.3d 849, 850 (Tex. App.—Dallas 2009, pet. denied).

[6] *See id.*; *see also Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991).

without merit.  We find nothing in the record that might arguably support the appeal.[7]

Accordingly, we grant Appellant's counsel's motion to withdraw and affirm the trial court's judgment.

PER CURIAM

PANEL:  DAUPHINOT, WALKER, and MCCOY, JJ.

DELIVERED:  March 10, 2011

---

[7]*See D.D.*, 279 S.W.3d at 850; *see also Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005).